# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| JAMES TERRY BROWN, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:14cv00050 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| VDOC, *et al.*, | ) | By: Michael F. Urbanski |
|     Defendants. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that the defendants' motion for summary judgment (Docket No. 22) is **GRANTED** and the Clerk shall **STRIKE** this action from the active docket of the court.

The Clerk of the Court is directed to send copies of this order and the accompanying memorandum opinion to the parties.

        Entered: February 3, 2015

*Michael F. Urbanski*

Michael F. Urbanski
United States District Judge